## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## (TEXARKANA DIVISION)

| | |
|---|---|
| **GHJ HOLDINGS, LLC,**<br>            **Relator,**<br><br>vs.<br><br>**VALTERRA PRODUCTS, INC.,**<br>            **Defendant.** | Case No.: 5:11-cv-00081<br><br><br>**JURY TRIAL DEMANDED** |

### ORDER ON VOLUNTARY DISMISSAL OF DEFENDANT WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court is in receipt of Plaintiff GHJ Holdings, LLC's Notice of Voluntary Dismissal of Defendant Valterra Products, Inc. without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"). At the time of filing of the Notice, Defendant had not yet answered the Complaint for False Marking, and had not yet moved for summary judgment.

It is therefore ORDERED, that the Complaint is dismissed without prejudice.

**SIGNED this 22nd day of August, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE